MICHAEL B. HORROW (SBN 162917)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorney for Plaintiff,
JOHN RENZI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RENZI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br>ANAHEIM ARENA MANAGEMENT,<br>LLC EMPLOYEE BENEFIT PLAN and<br>DOES 1 THROUGH 10;<br><br>                    Defendants. | Case No.:  8:18-cv-01041-JVS-JDE<br><br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff John Renzi and against Aetna Life Insurance Company ("AETNA").  The Court Orders that AETNA pay Mr. Renzi Long Term Disability benefits owed under the Plan from June 28, 2017 to the date of this Judgment, with interest at 10% per annum.  The Court further Orders that AETNA shall continue to pay Mr. Renzi Long Term Disability benefits pursuant to the Policy so long as he continues to remain "totally disabled" under the terms of the Plan.

[PROPOSED] JUDGMENT

DONAHUE & HORROW, LLP

As Plaintiff has achieved success on the merits in this litigation, he may apply to the Court for an award of attorney fees and recovery of costs of action.

DATED: July 26, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Submitted by:

Donahue & Horrow LLP

By: __/s/ Michael B. Horrow_____
      Michael B. Horrow
      Counsel for Plaintiff