UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RENZI<br><br>      Plaintiff,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY, ANAHEIM ARENA MANAGEMENT, LLC EMPLOYEE BENEFIT PLAN and DOES 1 through 10;<br><br>      Defendants. | Case No. 8:18-cv-01041-JVS-JDE<br><br>**AMENDED JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff John Renzi and against Aetna Life Insurance Company ("Aetna"). The Court orders that Aetna pay Mr. Renzi Long Term Disability benefits owed under the Plan from June 28, 2017 to the date of this Amended Judgment, with interest at 4% per annum.

The Court further Orders that Aetna shall continue to pay Mr. Renzi Long Term Disability benefits pursuant to the Policy as long as he continues to remain "totally disabled" under the terms of the Plan.

/ / /

/ / /

-1-

As Plaintiff has achieved success on the merits in this litigation, he may apply to the Court for an award of attorney fees and recovery of costs of action.

Dated: August 23, 2019

_____
The Honorable James V. Selna
United States District Court Judge

Submitted by:

GORDON REES SCULLY MANSUKHANI, LLP

By  /s/ Jordan S. Altura
     Jordan S. Altura
Attorneys for Defendant
Aetna Life Insurance Company